UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER G. ASHOFF,

    Plaintiff,

v.

BRIAN WILLIAMS, et al.,

    Defendants.

2:10-CV-1137 JCM (PAL)

**ORDER**

Presently before the court is defendants Brian Williams, et al's motion for extension of time to file an answer. (Doc. #8). Plaintiff has not filed an opposition to the motion.

In the present motion, defendants assert that due to "unforeseen circumstances which have hindered the ability to effectively defend in the instant action," they are unable to properly respond to the complaint in the time allotted. Defendants assert that the action involves a disciplinary hearing, and that they have been given a copy of the tape of the hearing to review in preparation for filing a response. However, as the parties are aware, the tape is inaudible.

In light of this, defendants ask this court for an extension of time to allow them to receive a copy of the tape that is audible, and assert that their ability to respond to the allegations "hinges upon the testimony and other evidence presented at the hearing."

Good cause appearing,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendants Brian Williams, et al's motion for extension of time to file answer (doc. #8) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that defendants Brian Williams, et al have two weeks from the
2  date of this order to properly file and serve their responsive pleading.
3  DATED January 21, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -